IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN GREEN,

                Plaintiff,                ORDER

   v.

DARCI BURRESON, *et al*.                      10-cv-485-slc

                Defendants.

---

DAMIEN T. GREEN TIMOTHY CROWLEY,
and CURTIS SINGLETON,

                Plaintiffs,
   v.                                                     10-cv-745-slc

GREGORY GRAMS, Warden, *et al.*,

                Defendants.

---

DAMIEN GREEN,

                  Plaintiff,
   v.                                                       11-cv-131-slc

GREGORY GRAMS, Warden; *et al.,*

                Defendants.

---

DAMIEN T. GREEN, ANTWAN DAVIS
and LAURENT JONES,

                Plaintiffs,
   v.                                                       11-cv-163-slc

UNITED STATES OF AMERICA, as a whole, *et al.,*

                Defendants.

---

On March 11, 2011, the court received a letter from plaintiff Damien Green asking that the court hold all the cases until he gets out of "OBS," which I infer to be observation status, a non-punitive status that WDOC uses to confine temporarily an inmate who appears to be mentally ill and a threat of harm to himself or others. Plaintiff states that he is in observation

status "because the voices told me not to eat any food, the voices telling me that they trying to kill me here in the WRC."

At this time, in case number 10-cv-485-slc there is no action that plaintiff needs to take because defendants are being served. After the court receives responsive pleadings from all defendants, a preliminary pretrial conference will be held. In case number 10-cv-745-slc, the complaint is before Judge Conley for screening. In case number 11-cv-131-slc, Green was to submit his trust fund account by March 16, 2011. The court will grant him an extension until April 1, 2011 to do so. Finally, in case number,11-cv-163-slc, Green's deadline to submit his trust fund account is April 1, 2011. At this point, there is no reason to hold these cases.

Further, although plaintiff states that he is unable to prosecute these case, he has since filed a motion in his closed case, case number 10-cv-496-slc. Therefore, at this time the court is not persuaded that he is unable to prosecute his open cases and will deny without prejudice his omnibus motion to stay.

ORDER

IT IS ORDERED that:

1. Plaintiff Damien Green's motion to stay his cases is DENIED.

2. In case number 11-cv-131, plaintiff may have until April 1, 2011 to submit the required trust fund account.

Entered this 15th day of March, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2