IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN GREEN,

    Plaintiff,

v.

DARCI BURRESON, JENNIFER NICKELS,
KIM CAMPBELL, STEVE HELGERSON,
LORI ALSUM, DALIA SULIENE,
TODD CALLISTER, GARY MAIER,
ROBERT VICKREY, LEON GRIFFIN,
MALLORY BENONY, ELLEN O'BRIEN,
PAUL PERSSON, PAUL KERTARKUS,
NANCY HAHNISCH, NATALIE NEWMAN,
SHAWNA ELDER-HALL, TAMMI
MARSHALL, DARLENE POSTLER, VICKI
KAMRATH, MARILYN BIRKOLZ, CHRISTY
TERICH, BRETT ACHTERBERG,
JEFF VANA and KIMM JOHNSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-485-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's complaint against Marilyn Birkolz, Todd Callister, Leon Griffin, Vicki Kamrath, Gary Maier, Tammi Marshall, Ellen O'Brien, Darlene Postler, Christy Terich, Robert Vickrey, Brett Achterberg and Mallory Benony; and

(2) granting the motions for summary judgment filed by Kim Campbell, Shawna Elder-Hall, Nancy Hahnisch, Steve Helgerson, Kimm Johnson, Paul Ketarkus, Natalie Newman, Jennifer Nickels, Paul Persson, Jeff Vana, Lori Alsum and Darci Burreson and Dalia Suliene, and dismissing this case.

_____  5/16/2012
Peter Oppeneer, Clerk of Court        Date